**United States District Court**
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BILLY E. CRAMER, | NO. C 05-02068 JW   PR |
| Petitioner(s), | **JUDGMENT** |
| v. | |
| WILLIAM DUNCAN, Warden, | |
| Respondent(s). | |

The Court dismissed this action without prejudice. Judgment is entered accordingly.

Dated: August 15, 2006

JAMES WARE
United States District Judge

Judgment
N:\JW Cases\05\05-2068jw.jud.wpd

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

3  Billy E. Cramer
   H12246
4  Salinas Valley State Prison
   P. O. Box 1050 cell d-4-109
5  Soledad, Ca 93960

7  **Dated: August 15, 2006**                    **Richard W. Wieking, Clerk**

                                                 **By:** _____
                                                 **Courtroom Deputy**

28 Judgment
   N:\JW Cases\05\05-2068jw.jud.wpd